# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| Plaintiff, | ) | |
| vs. | ) | No. 98-0149-02-CR-W-FJG |
| Xavier Lightfoot, | ) | No. 00-0395-04-CR-W-FJG |
| Defendant. | ) | |

## ORDER

The motion to increase hourly rate (Doc. #850), filed June 8, 2005, is sustained. The hourly rate of compensation for Charles Rogers and Cheryl Pilate is increased to $160.00 per hour, pursuant to the Fiscal Year 2005 Omnibus Appropriations Act. This hourly rate shall apply to that portion of services provided on or after February 1, 2005.

    /s/Fernando J. Gaitan, Jr.
Fernando J. Gaitan, Jr.
United States District Judge

Dated:   June 13, 2005
Kansas City, Missouri