# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) No. 98-149-02-CR-W-FJG |
| | )       00-395-04-CR-W-FJG |
| XAVIER LIGHTFOOT, | ) |
| Defendant. | ) |

## ORDER

On July 6, 2005, the Court met with the parties to discuss challenges to the venire panel based on responses to the juror questionnaires.

The parties on July 1, 2005 submitted to the Court a pleading listing jurors which both sides agreed should be stricken for cause. As both sides have agreed, the following jurors shall be stricken from the venire panel: 11, 13, 20, 22, 25, 26, 28, 32, 36, 37, 38, 44, 45, 47, 48, 53, 57, 63, 64, 65, 66, 68, 69, 72, 73, 76, 77, 78, 80, 87, 90, 91, 96, 97, 101, 103, 109, 111, 115, 119, 120, 122, 124, 125, 126, 128, 129, 132, 134, 135, 138, 141 and 149.

As to the Government's separate challenges with which the defense did not agree, the Court rules as follows:

Juror No. 4  -   Overruled
Juror No. 7  -   Overruled
Juror No. 34 -   Stricken
Juror No. 67 -   Overruled
Juror No. 85 -   Stricken
Juror No. 89 -   Overruled
Juror No. 99 -   Overruled
Juror No. 117 - Stricken
Juror No. 121 - Overruled

Juror No. 130 - Overruled
Juror No. 140 - Overruled
Juror No. 143 - Overruled

As to the Defendant's separate challenges with which the Government did not agree, the Court rules as follows:

Juror No. 2   -  Stricken
Juror No. 17 -  Overruled
Juror No. 29 -  Stricken
Juror No. 35 -  Overruled
Juror No. 84 -  Overruled
Juror No. 112 - Stricken

After consideration of the defendant's request for an extension of the time to conduct individual voir dire, the Court will allow each side twenty minutes in which to conduct voir dire of the small groups.


Date: July 7, 2005         **S/ FERNANDO J. GAITAN, JR.**
Kansas City, Missouri         Fernando J. Gaitan, Jr.
         United States District Judge