**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 98-149-02-CR-W-FJG |
| ) | 00-395-04-CR-W-FJG |
| XAVIER LIGHTFOOT, ) | |
| ) | |
| Defendant. ) | |

## ORDER

On July 7, 2005, the Court struck various jurors from the venire panel. Since that time, additional requests have been submitted by jurors requesting to be excused from jury service. After consultation with counsel, the following jurors are excused from reporting: Juror Nos. 35, 89, 114, 150, 173. The reporting date for Juror Nos. 139 and 151 is hereby moved to Friday, July 22, 2005.

Date: July 19, 2005　　　　　　　　　　**S/ FERNANDO J. GAITAN, JR.**
Kansas City, Missouri　　　　　　　　　Fernando J. Gaitan, Jr.
　　　　　　　　　　　　　　　　　　United States District Judge